UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT LEROY McCOY | CIVIL ACTION NO. 09-cv-2146 |
| VERSUS | JUDGE HICKS |
| CHIEF BLOSSOM, ET AL | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 75)** is **granted** and all claims against all Defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of March, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE